# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Hon. C. Darnell Jones II |
| v. : | CRIMINAL NO. 2:14-00548-CDJ |
| : | |
| **BARRY BEKKEDAM** : | |

## NOTICE OF APPEAL

Notice is given that Defendant BARRY BEKKEDAM hereby appeals to the United States Court of Appeals for the Third Circuit from the Judgment and conviction entered on January 23, 2017, as modified on January 30, 2017 (DE 281, 283). He also appeals from the Order denying Defendant's Motions to Dismiss and Motion *in Limine* entered on November 4, 2015 (DE 110), the Order denying Defendant's Motion *in Limine* entered on January 11, 2016 (DE 126), the Order granting the Government's Motion *in Limine* and denying Defendant's Motion *in Limine* entered on March 31, 2016 (DE 163), the Order denying Defendant's Motion for Acquittal and for a New Trial entered on September 16, 2016 (DE 251), and the Order denying Defendant's Oral Motion for Bail Pending Appeal at the Sentencing Hearing on January 23, 2017 (DE 280).

Dated: February 3, 2017

Respectfully submitted,

*/s/ Keith M. Rosen*
Keith M. Rosen
Abbe David Lowell (*pro hac vice*)
Christopher D. Man (*pro hac vice*)
**CHADBOURNE & PARKE LLP**
1200 New Hampshire Avenue, NW
Washington, DC 20036
(202) 974-5600
krosen@chadbourne.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 3, 2017, I electronically filed the foregoing Notice of Appeal with the Clerk of Court using the CM/ECF system on:

David J. Ignall
Assistant United States Attorneys
Eastern District of Pennsylvania
615 Chestnut Street
Philadelphia, PA 19106
David.J.Ignall@usdoj.gov

                                                */s/ Keith M. Rosen*
                                                Keith M. Rosen